UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DAISY THORNTON,** | ) |
| Plaintiff, | ) CIVIL ACTION |
| v. | ) |
| | ) **1:21-cv-01896-ELR-CMS** |
| **AEROTEK, INC. and McWANE, INC. d/b/a TYLER UNION,** | ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

The parties, through their counsel of record, hereby stipulate that the above-styled action be dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties each to bear their own costs and attorneys' fees.

This 9th day of September 2021.

STIPULATED TO:

| | |
|---|---|
| s/ A. McArthur Irvin | s/ Josh Bennett |
| Georgia Bar. No. 384300 | *admitted *pro hac vice* |
| s/ Sandra Kaye Bowen | MAYNARD, COOPER & GALE, P.C. |
| Georgia Bar No. 409315 | 1901 Sixth Avenue North |
| IRVIN BOWEN LLC | 1700 Regions/Harbert Plaza |
| 1100 Peachtree Street | Birmingham, Alabama 35203-2618 |
| Suite 900 | (205) 254-1000 |
| Atlanta, Georgia 30309 | (205) 714-6599 (Fax) |
| Tel: (404) 237-6100 | jbennett@maynardcooper.com |

Fax: (404) 237-1047
Email: mirvin@ibhslaw.com
sbowen@ibhslaw.com

*Attorneys for Plaintiff*

*Attorneys for Tyler Union*

Terry R. Weiss (Ga. Bar No. 746495)
MAYNARD, COOPER & GALE, P.C.
Two Buckhead Plaza
3050 Peachtree Road, Suite 355
Atlanta, Georgia 30305
(678) 916-5962
(678) 916-5979 (Fax)
tweiss@maynardcooper.com
*Attorney for Tyler Union*

Hillary L. Klein  (admitted *pro hac*)
HUSCH BLACKWELL, LLP
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone:  423-266-550
Facsimile:  423-266-5499
Hillary.klein@huschblackwell.com

and

Christopher G. Moorman (Ga. Bar No. 521490
MOORMAN PIESCHEL, LLC
One Midtown Plaza
1360 Peachtree Street, N.E.
Suite 1205
Atlanta, GA 30309
Telephone:  404-898-1242
Facsimile:  404-898-1241
cgm@morrmanpieschel.com

*Attorneys for Aerotek*